**Michael HITTER, Petitioner–Appellant,**

v.

**Willie WELDON, Warden of Lieber Correctional Institution; Charles Condon, Attorney General of State of South Carolina, Respondents–Appellees.**

No. 01–7892.

United States Court of Appeals,
Fourth Circuit.

Submitted May 15, 2002.

Decided May 31, 2002.

Melissa Reed Kimbrough, Columbia, South Carolina, for Appellant. Jeffrey Alan Jacobs, Office of the Attorney General, Columbia, South Carolina, for Appellees.

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Michael Hitter seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2001). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Hitter v. Weldon,* No. CA–00–3411–4– 22BF (D.S.C. Oct. 1, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*